UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

BRICKLAYERS AND ALLIED
CRAFTWORKERS LOCAL UNION NO. 1,
B.A.C.I.U., AFL-CIO,

                Petitioner,

                                        JUDGMENT
                                        17-CV- 6816 (DLI) (RER)

             -against-

HEAVY METAL CORP., d/b/a EAST COAST
PRECAST & RIGGING, LLC,

                Respondent.
------------------------------------------------------------ X

      A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on June 8, 2018, granting the Petition in its entirety; confirming the STB award; directing the Clerk of Court to enter judgment against Respondent in the amount of $14,725.16, plus prejudgment interest at the rate of 9% per annum from May 11, 2017 until the entry of judgment and post-judgment interest in accordance with 28 U.S.C. § 1961; and ordering Respondent to participate in the grievance process, in accordance with the CBA, with respect to grievances 2017-2 and 2017-3; it is

      ORDERED and ADJUDGED that the Petition is granted in its entirety; that judgment is hereby entered against the Respondent, in the amount of $15,082.46, plus post-judgment interest in accordance with 28 U.S.C. § 1961.

Dated: Brooklyn, NY                                                    Douglas C. Palmer
June 12, 2018                                                         Clerk of Court

                                                                        By: /s/*Tiffany Campbell*
                                                                           Deputy Clerk